IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

GARY R. LYMAN )
and MARSHA P. LYMAN, )
)
      Plaintiffs, ) TC-MD 120564D
)
      v. )
)
CLACKAMAS COUNTY ASSESSOR, )
)
      Defendant. ) **DECISION OF DISMISSAL**

This matter is before the court on Defendant's motion to dismiss, filed July 26, 2012,

requesting the Plaintiffs' Complaint be dismissed. In its motion to dismiss incorporated as part

of its Answer, Defendant stated:

> "The subject property was declassified from designated forestland for the 2010-11
> tax year. We find there was no timely appeal from the June 16, 2010 notice of
> Declassification of Special Assessment (see attached copy) as required by
> ORS 308A.718(4). This complaint should be dismissed as untimely."

(Def's Ans at 1.)

In its Complaint, Plaintiffs stated that they were appealing tax years 2007-2011,

"specifically 2010[.]" (Ptfs' Compl at 1.)

At the case management conference held August 14, 2012, Plaintiffs stated that they filed

a response to Defendant's notice of Declassification of Special Assessment. The court gave

Plaintiffs until September 14, 2012, to file a written response to Defendant's motion to dismiss.

On September 12, 2012, the court received Plaintiffs' response stating:

> "The plaintiff made various attempts to resolve the avoidance of declassification
> by Clackamas County and Dept. of Forestry, by seeking out personnel and
> information within Damascus City for directives.
>
> "That Damascus City showed inconsistencies in reporting and dealing with Forest
> Land Development, and that Damascus City Pushed forward with their proposed

DECISION OF DISMISSAL  TC-MD 120564D 1

Comprehensive Plan and that that plan showed new roads and walking paths etc. through the reforestation area of plaintiffs (*sic*) property, thus overloading the resolve with Damascus City.

"Both Clackamas County and the Department of Forestry are and were aware of inconsistencies by Damascus City to resolve Forestland development in their jurisdiction and stated to the plaintiff of this condition.

"Both Clackamas County and Department of Forestry made no attempts to halt or correct actions by Damascus City for resolve in this matter.

"The plaintiff did contact the Clackamas County Assessors (*sic*) office to make a timely appeal in person, shortly after issuance of De-classification notice on 3 occasions and submitted statements to Clackamas County Assessors (*sic*) office, explaining in plaintiffs (*sic*) behalf."

(Ptfs' response at 1-2.)

On September 24, 2012, Defendant filed its Response & Motion to Dismiss, stating:

"Defendant Clackamas County Assessor, having reviewed Plaintiff's Response dated September 10, 2012 finds no compelling basis to alter or change their opinion of this case as stated in their Answer dated July 24, 2012.

"Defendant requests dismissal of this case as Plaintiff failed to make timely appeal of the June 16, 2010 notice of Declassification of Special Assessment and Plaintiff has not showed just cause for not having done so."

(Def's Response and Mot to Dismiss at 1.)

Defendant cites ORS 308A.718(4)(2009), that provides:

"Following receipt of the notification, the taxpayer may appeal the assessor's determination to the Oregon Tax Court within the time and in the manner provided in ORS 305.404 to 305.560."

(Def's Ans at 1.) Plaintiffs recite that they contacted and conversed with Defendant's representatives and Department of Forestry representatives. Plaintiffs do not represent that they filed an appeal with the Oregon Tax Court "within the time and in the manner provided in ORS 305.404 to 305.560." (*Id.*)

According to the court's records, Plaintiffs' appeal was filed more than two years after receiving Defendant's notice, dated June 16, 2010, stating that Plaintiffs' property was

declassified from special assessment. Plaintiffs' appeal was not filed within the statutory

deadline. Now, therefore,

IT IS THE DECISION OF THIS COURT that this matter be dismissed.

Dated this ____ day of September 2012.


_____
JILL A. TANNER
PRESIDING MAGISTRATE


*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Presiding Magistrate Jill A. Tanner on September 26, 2012. The Court filed and entered this document on September 26, 2012.*